IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 10-00203 SOM-KSC |
|     Petitioner, | ) | |
|   v. | ) | FINDINGS AND |
| JOSE S. LEDESMA | ) | RECOMMENDATIONS BY |
| d/b/a LEDESMA HOME & GARDEN, | ) | MAGISTRATE JUDGE |
|     Respondents. | ) | |
| | ) | |

This matter came before the undersigned upon the Petition of the United States and accompanying Declaration of Revenue Officer Martin Humpert.

## FINDINGS

1.  A duly authorized delegate of the Secretary of the Treasury made assessments as follows:

    (A) against respondent Jose S. Ledesma for federal income taxes, penalties, interest, and other statutory additions for the tax years 2000, 2001, and 2002;

    (B) against respondent Jose S. Ledesma d/b/a Ledesma Home & Garden for federal employment taxes, penalties, interest, and other statutory additions for the tax periods ending March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003; and

    (C) against respondent Jose S. Ledesma d/b/a Ledesma Home & Garden for federal unemployment taxes,

penalties, interest, and other statutory additions for the tax year 2003.

2. Notice of the assessments and demands for payment were duly given to Jose S. Ledesma. Despite timely notice and demand for payment of the assessments described in paragraph five (5) above, respondent Jose S. Ledesma has neglected or refused to make full payment to the United States, and there remains due and owing on those assessments the amount of $176,705.80, as of May 10, 2009, plus interest and other statutory additions accrued thereafter as provided by law.

3. The Internal Revenue Service has followed the requirements of applicable law and administrative procedures relevant to a levy upon the property located at 76 West Papa Avenue, Kahului, Hawaii 96732 ("the Property").

4. The Internal Revenue Service has attempted to satisfy the unpaid tax liability of Jose S. Ledesma from assets other than the Property, has made a thorough consideration of alternative collection methods to satisfy the unpaid liabilities, has concluded there is equity in the Property sufficient to yield net proceeds from the sale, and has concluded that no reasonable alternative exists to satisfy the unpaid tax liabilities described above.

5. On April 6, 2010, the United States filed a petition for judicial approval to levy on Respondent's principal residence to satisfy part or all of the unpaid federal income tax (Form 1040)

liabilities of Jose S. Ledesma for the tax years 2000, 2001 and 2002, the unpaid federal employment tax (Form 941) liabilities of Jose S. Ledesma d/b/a Ledesma Home & Garden for the tax periods ending March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, and the unpaid federal unemployment tax (Form 940) liabilities of Jose S. Ledesma d/b/a Ledesma Home & Garden for the tax year 2003.

6.  On April 13, 2010, the Court issued a Notice and Order to Show Cause.  The Order specifically provided that Respondent had twenty-five (25) days from the date of service of the order to file with the Clerk of the Court a written Objection to Petition.  It further stated that if Respondent does not timely file an objection to petition, the Court will enter an Order Approving the Internal Revenue Service levy on the Property.

7.  On April 19, 2010, Respondent was personally served with the Notice and Order to Show Cause.  Any objection to the petition was therefore due to be filed with the Clerk of the Court on or before May 13, 2010.  Respondent did not file an objection

### RECOMMENDATIONS

The Court having issued a Order to Show Cause and Notice of Hearing, which was properly served upon the Respondent, and no written objections having been filed by the Respondent, upon consideration of the Court, IT IS HEREBY RECOMMENDED THAT:

1.   Pursuant to 26 U.S.C. § 6334(e), the Court GRANT the

Petition for Judicial Approval of Levy upon Principal Residence.

    2.  The Internal Revenue Service may levy upon Respondent's interest in the real property located at 76 West Papa Avenue, Kahului, Hawaii 96732, in order to sell Respondent's interest to satisfy part or all of the unpaid federal income tax (Form 1040) liabilities of Jose S. Ledesma for the tax years 2000, 2001 and 2002, the unpaid federal employment tax (Form 941) liabilities of Jose S. Ledesma d/b/a Ledesma Home & Garden for the tax periods ending March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, and the unpaid federal unemployment tax (Form 940) liabilities of Jose S. Ledesma d/b/a Ledesma Home & Garden for the tax year 2003.

    3.  The levy may be executed by any duly authorized officer of the Internal Revenue Service.

    It is RECOMMENDED that judgment be entered in favor the United States on its Petition.

DATED: Honolulu, Hawaii, May 18, 2010.



    _____
    Kevin S.C. Chang
    United States Magistrate Judge